**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **OMER RECEP GEBESCE** | : | |
| | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 26-8375** |
| | : | |
| **CRUZ, *et al.*** | : | |

**ORDER**

**AND NOW**, this 10th day of November 2026, upon consideration of Omer Recep Gebesce's Petition for Writ of Habeas Corpus (ECF No. 1) and the response thereto, as well as Gebesce's reply, and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that the Petition is **GRANTED**. It is further **ORDERED** as follows:

1. Respondents shall immediately release Gebesce from custody.

2. In doing so, Respondents shall not subject Gebesce to any conditions of release including the imposition of any and all GPS monitoring technology or devices that he was not subject to before his current detention.

3. Respondents shall return Gebesce's personal property that they seized during his arrest and detention including his personal identification and documents.

4. Respondents shall certify compliance with this order by filing proof of Gebesce's release and stating the time and manner of release on the docket no later than 12:00 P.M. E.S.T. on November 12, 2026.

5. Respondents are temporarily enjoined from re-detaining Gebesce for seven days following his release from custody.

6. If, after the seven-day period, Respondents choose to pursue re-detention of Gebesce, they must demonstrate through constitutionally adequate procedures that detention is

authorized and warranted, including an individualized custody determination and a bond hearing, at which a neutral immigration judge shall determine whether detention is warranted pending the resolution of his removal proceedings.

7. The Clerk shall close this case.

**BY THE COURT:**

/s/ Catherine Henry

**CATHERINE HENRY, J.**